**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHANCE BLACKMAN,

                              Petitioner,

                v.

THERESA CISNEROS, Warden,

                              Respondent.

Case No.:  2:21-cv-02739-MEMF-JPR

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: March 23, 2022

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

1